IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 06 78 -01 ML |
| | ) | CR. NO. |
| v. | ) | In Violation of |
| | ) | 18 U.S.C. §§ 2113(a) and 2 |
| √SCOTT HILL and | ) | |
| DUWAYNE WOMACK | ) | |

**INDICTMENT**

COUNT I

The Grand Jury charges:

On or about June 24, 2006, in the District of Rhode Island, the Defendants, SCOTT HILL and DUWAYNE WOMACK, by intimidation, did knowingly take from the person and presence of another money, namely approximately $1,180.00 (one thousand, one hundred and eighty dollars), belonging to and in the care, custody, control, management, and possession of the Coastway Credit Union, a credit union whose deposits were then insured by the National Credit Union Administration.

All in violation of 18 U.S.C. §§ 2113(a) and 2.

A TRUE BILL:

REDACTED

GRAND JURY FOREPERSON

ROBERT CLARK CORRENTE
United States Attorney

James H. Leavey
JAMES H. LEAVEY
Assistant U.S. Attorney

Gerard B. Sullivan
GERARD B. SULLIVAN
Assistant U.S. Attorney
Chief, Criminal Division

DATE: 7-12-06