AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

DUWAYNE WOMACK

APPEARANCE

CASE NUMBER: CR 06-78-02 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for DUWAYNE WOMACK

I certify that I am admitted to practice in this court.

7-18-06
*Date*

[signature]
*Signature*

JAMES T. MC CORMICK 2614
*Print Name* *Bar Number*

128 DORRANCE ST, ROOM 330
*Address*

PROVIDENCE, RI 02903
*City* *State* *Zip Code*

831-2970 751-1797
*Phone Number* *Fax Number*

m was electronically produced by John Eichells and Richard Jones using Omniform Internet Publisher.