1193176

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

DUWAYNE WOMACK

**WARRANT FOR ARREST**

CASE NUMBER: CR06-78-02ML

RECEIVED

JUL 12 2006

US MARSHALS
RHODE ISLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest DUWAYNE WOMACK
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

BANK ROBBERY

in violation of Title 18 United States Code, Section(s) 2113(a) and 2

JEANNINE THEALL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

[signature]
Signature of Issuing Officer

July 12, 2006 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ____________ by ____________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on writ | | |
| DATE RECEIVED 07/12/2006 | NAME AND TITLE OF ARRESTING OFFICER Brian McDonald DUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 07/18/2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.