IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR. 06-078ML
:
DUWAYNE WOMACK :

**GOVERNMENT'S SENTENCING MEMORANDUM**

Defense counsel has moved for a three level reduction in his offense level and a resulting sentence of ten years incarceration. The government does not object to this motion. As noted during the plea colloquy, the government originally agreed to a three level reduction in the offense level for defendant's minor role in the offense. It was later learned that role in the offense plays no part in a career offender calculation. The granting of defendant's motion would result in a ten year period of incarceration, a sentence which the government believes is appropriate under all the circumstances of this case.

Respectfully submitted,
UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ JAMES H. LEAVEY
JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar #1700
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000/
Fax (401) 709-5001

email james.leavey@usdoj.gov

CERTIFICATION OF SERVICE

On this 22nd day of November, 2006, I caused the Government's Sentencing Memorandum to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

James T. McCormick (#2614)
128 Dorrance Street, Suite 330
Providence, RI 02903-2814

/s/ JAMES H. LEAVEY
JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar #1700
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email james.leavey@usdoj.gov