United States District Court — District of Rhode Island

# *UNITED STATES DISTRICT COURT*

***for the***

***District of Rhode Island***

I hereby certify and return that [illegible] defendant, [illegible] date and time ordered.

Deputy U.S. Marshal

***Case No. CR 06-078-02ML***

***To:*** ***Warden***
***ACI***
***Cranston, RI***

05170

YOU ARE HEREBY COMMANDED, to have the **body** of **Duwayne Womack** by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Mary M. Lisi**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:30 o'clock a.m.**, on the **15th** day of **December, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

RECEIVED
AUG 29 2006
US MARSHALS
RHODE ISLAND

WITNESS the Honorable **Mary M. Lisi**

United States District Judge at Providence, RI
Dated: August 29, 2006.

David A. DiMarzio, Clerk

Sentencing Hearing

***By*** ______________________________
***John Duhamel - Deputy Clerk***