AO 435 (Rev. 1/90)

Administrative Office of the United States Courts

[illegible]

## TRANSCRIPT ORDER

*Read Instructions on Back:*

| | | |
|---|---|---|
| 1. NAME ANNETTE Womack | 2. PHONE NUMBER 401- 941-4261 | 3. DATE 3-15-07 |
| 4. MAILING ADDRESS 57 Ashmont ST | 5. CITY PROV | 6. STATE RI / 7. ZIP CODE 02905 |
| 8. CASE NUMBER CR06-78 ML / 9. JUDICIAL OFFICIAL LISI | DATES OF PROCEEDINGS: 10. FROM 12-15-06 / 11. TO | |
| 12. CASE NAME US. Womack, Duwayne | LOCATION OF PROCEEDINGS: 13. CITY Providence | 14. STATE RI |

15. ORDER FOR

- ☐ APPEAL
- ☐ NON-APPEAL
- ☒ CRIMINAL
- ☐ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (*Specify*)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☒ SENTENCING | 12-15-06 | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | [illegible] |
|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES | [illegible] |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | [illegible] |
| DAILY | ☐ | ☐ | NO. OF COPIES | [illegible] |
| HOURLY | ☐ | ☐ | NO. OF COPIES | [illegible] |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE X Annette Womack

19. DATE X 3-15-07

[illegible]

(Previous editions of this form may still be used)

DISTRIBUTION: COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY